

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2018

No. 04-18-00554-CV

**MO-VAC COMPANY OF ALICE,**
Appellant

v.

**MICHAEL MYANE LP** d/b/a Pipeline Measurement Co., LP and Michael Myane
Management, LLC,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-04-54479-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Sonia Trevino's Notification of Late Reporter's Record is this date NOTED. Time is extended to November 13, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court